# EXHIBIT A

*Confidential—Not for Distribution*



# PROVIDER DISCUSSION



January 28, 2021

# Housekeeping

- Remember to mute your mics. Background noise can be distracting
- You may use the chat feature to submit your questions.





# Items to discuss

Tonight's Call:

- Company update

- In-clinic conversion

- AMA coding changes
    - Examples
    - Submitted Questions

# Company Update

- We have recovered the volume and revenue losses from the COVID decline we experienced last Spring
  - High volumes in the Fall and Winter due to increases in testing
  - A big thanks to all of you for your flexibility, hard work, and work ethic

- We are growing again!
  - New clinics underway in 3 of the 4 regions
  - PCS and PUC/PCS temporary sites
    - Led by Marc and Josh
    - New drive-thru testing sites opening monthly

- We are moving back inside
  - Conversion of curbside to in-clinic testing

# In-Clinic Testing

- All curbside centers will be converted in all regions by mid next week

- Not all clinics have the same parking layout
  - Some staff have to walk down a flight of stairs
  - Some have to walk across a parking lot

- We have over three months of data now of the ones that converted early
  - No difference in infection rate among the staff/providers than curbside
  - No difference in risk to patients

- We are making our Occ med clients aware to recapture their business
  - I'll be holding presentations with the larger clients on this

0005

# AMA Coding Changes

- New rules effective 1/1/21

- Complete revamp of coding driving EMR changes

- Sent guidelines and a webinar from Experity to explain the details of the changes

- Will review COVID case studies tonight
  - Other visit types will be in a separate presentation later this year

# COVID Risk Assessment in HPI



# COVID Risk Assessment in HPI (cont'd)



# COVID Risk Assessment in PFSH



# COVID Risk Assessment in PFSH (cont'd)

# Diagnosis Codes

- All negative testing = **Z20.822** regardless of symptoms or exposure

- All positive patients = **U07.1**

- Prior history of COVID-19 = **Z86.16**

# **Negative** - Asymptomatic/No Exposure Example

**No Symptoms**
**No Exposure**
**Negative COVID rapid test**

- Dx Code Z20.822
- "Self Limited or minor"
- Minimal risk

- Example codes a Level 2



0012

# **Negative** - Symptomatic/Exposure Example



**Symptomatic OR Exposure Negative COVID rapid test**

- DX Code Z20.822
  - Add Dx code for other diagnosis (fever, fatigue, myalgias, etc.)
  - A DDx for exposure and no symptoms
    - Choose "uncertain prognosis"
- "Illness" and "Acute"
- "Systemic Symptoms":
  - With symptoms OR
  - Without symptoms if your DDx includes COVID
- "Moderate" risk

- Example codes a Level 4

0013

# **Negative** - Symptomatic/Exposure Example (cont'd)



**Symptomatic OR Exposure Negative COVID rapid test**

- DX Code Z20.822
    - Add Dx code for other diagnosis (fever, fatigue, myalgias, etc.)
    - A DDx for exposure and no symptoms
        - Choose "uncertain prognosis"
- "Illness" and "Acute"
- "Systemic Symptoms":
    - With symptoms OR
    - Without symptoms if your DDx includes COVID
- "Moderate" risk

- Example codes a Level 4

0014

# **Positive** Patient Example – W/o Risk Factors

**Positive COVID rapid test
No risk factors**

- Dx Code U07.1
- "Illness" and "Acute"
- "Poses a threat to life or bodily function"
- "Moderate" risk if **no risk factors**

- Example codes a Level 4



0015

# **Positive** Patient Example – With Risk Factors

**Positive COVID rapid test
With risk factors**

- "Illness" and "Acute"
- "Poses a threat to life or bodily function"
- **"High" risk** for the following:
  1. If they have risk factors
     - Add in D/C instructions:
       "You have a medical condition that may complicate your diagnosis"
     - Add a Dx code for this condition
     - This includes obesity
       - Defined as BMI >30
       - May add additional D/C instructions for HTN, DM, etc.
     - Add in D/C instructions (if appropriate): "Your age may complicate your diagnosis"
  2. If you refer to the ER/Hospital
  3. Any abnormal vital signs

- Example codes a Level 5



0016

# Discharge Documentation – **COVID Negative**

- You tested negative for COVID-19 with a rapid test today.  Since you have no symptoms and no exposure, you are not infected with COVID-19.

- You tested negative for COVID-19 with a rapid test today.  Since you have symptoms and no exposure, you should isolate until your PCR comes back.

- You tested negative for COVID-19 with a rapid test today.  Since you have no symptoms but had an exposure to COVID-19, you should quarantine until your PCR comes back.

# Discharge Documentation – **COVID Positive**

- You tested positive for COVID-19 with a rapid test today.  Since you have no symptoms and no exposure, we have sent off a confirmatory PCR test to verify the results. You should isolate until the PCR test comes back.

- You tested positive for COVID-19 with a rapid test today.  Since you have symptoms, you are infected with COVID-19. You should isolate for 10 days per CDC guidelines.

- You tested positive for COVID-19 with a rapid test today.  Since you have no symptoms but had an exposure to COVID-19, we have sent off a confirmatory PCR test to verify the results. You should quarantine until the PCR test comes back.

- Please schedule a telemedicine appointment to be seen in 1-2 days.

# Discharge Documentation – **High Risk**

- You have a medical condition that may complicate your diagnosis.
  - Add D/C instructions for the condition:
    - Check your blood sugar daily – for DM
    - Check your BP daily for HTN

- Your age may complicate your diagnosis.

0019

# Discharge Documentation – **Refused PCR**

- Since you refused a PCR today and were **<u>exposed</u>** to someone with COVID-19, you should **<u>quarantine</u>** for 10 days per CDC guidelines.

- Since you refused a PCR today and have **<u>symptoms</u>** consistent with COVID-19, you should **<u>isolate</u>** for 10 days per CDC guidelines.

# Submitted Questions

I am not sure if I am doing something wrong or if there is a glitch in the system but when I chart a pt under the age of 18 the same way I chart an adult, it bills the visit as a level 3 instead of a level 2. I am not sure if this is a glitch since it seems to only happen with pts under the age of 18 or if it is something I am doing wrong.

# Answer:

I believe you are getting credit for an "independent" history if you are marking the historian was a parent or guardian.

# Submitted Questions

If you have a secondary diagnosis associated with Covid, for example acute sinusitis and you prescribe meds....I know that would still be a moderate risk but would I put "systemic symptoms" since it is associated with Covid?

# Answer:

Yes, you should leave it as systemic as that will be tied to both diagnoses. Just make sure the COVID diagnosis is the top one.

# Submitted Questions

How or what is the differentiating factor to selecting acute, systemic symptoms versus acute, uncomplicated for urgent care and covid patients?  In the webinar, I got the feeling COVID testing was naturally higher risk and carries more weight even if the definition of that risk category wasn't truly met versus an urgent care visit

# Answer:

COVID certainly appears to be much different than traditional urgent care diseases. Because we are placing most patients in either quarantine or isolation, it just carries a different risk, not to mention the over 430,000 death in the US and over 2 million worldwide.

# Submitted Questions

In a patient with direct exposure, asymptomatic, who declines a PCR, will that result in a level 3 visit?  If selecting z20.822, selecting illness, acute, uncomplicated (asymptomatic vs systemic symptoms), moderate risk due to direct exposure, is the PCR and selecting uncertain prognosis the item that push it into a level 4?

# Answer:

- If anything, not doing the PCR may increase the risk because we are removing the confirmation.
- This would be acute-illness-DDx with uncertain prognosis – systemic symptoms - moderate risk. This example codes a level 4.
  - Remember, the goal isn't to get a level 3 or level 4, but rather to get the documentation right. You are selecting systemic symptoms based on the DDx and if one of those has systemic symptoms, which COVID does, then that seems to be the correct one.

# Submitted Questions

Can we address in the meeting how we should properly code a known Covid positive patient that comes to retest and is positive before their 10-day window is up and a known Covid positive patient that comes to retest and is positive say 15 days later?

# Answer:

You would code them the same as the first visit if within 10 days of the first test/diagnosis. You'd use the code for prior infection Z86.16 after 10 days.

# Submitted Questions

My question is when patients come into clinic for flu-like symptoms but state they had covid 2 months ago:

1.  if we swab them for flu with the three-way test, do we still code z20.822 (as they are technically getting a rapid covid test) and then also code z86.16 for hx covid? (Along with their current Dx code ie flu, cough, etc)

2.  for these patients with hx covid, am I correct in assuming they do not need a PCR? Or if it has been more than 3 months should we send a PCR to confirm possible re-infection?

# Answer:

Question 1:

- You'd code Z20.822 if the test is negative, with Z86.16 for Hx of COVID. You would also code anything for Fever, Myalgias, etc.

- You'd code U07.1 if the rapid test was positive and they had symptoms.
  - Remember, retesting is not recommended for up to 90 days unless they have new symptoms, which is the case here. If they have new symptoms in the 90-day window and test positive, they are considered positive for COVID the second time.

# Submitted Questions

My question is when patients come into clinic for flu-like symptoms but state they had covid 2 months ago:

1.  if we swab them for flu, they will get a co-test as this is the only way to swab for flu. Do we still code z20.822 (as they are technically getting a rapid covid test) and then also code z86.16 for hx covid? (Along with their current Dx code ie flu, cough, etc)

2.  for these patients with hx covid, am I correct in assuming they do not need a PCR? Or if it has been more than 3 months should we send a PCR to confirm possible re-infection?

# Answer:

Question 2:

*   You would still get a PCR if they are in the 90-day window with new symptoms and negative on the rapid.

*   If the PCR is positive, they are positive for COVID a second time.

# Submitted Questions

What is the best way to write undiagnosed new problem with uncertain prognosis per the last coding seminar?

## Answer:

Using the DDx to clarify and code for fever, myalgias, cough, etc.

# Submitted Questions

It seems that follow up visits (work comp follow ups, etc.) that are attached to a prior visit aren't coding out automatically unless I order a lab or manually enter a code? Am I missing something? Thanks!

# Answer:

I had to reach out to Experity for this one.  From Experity:

- "We are aware of an issue with the follow up template not creating an E&M code.  This has been logged as a bug and hopefully will be fixed in the 21.1 Release on Feb 8th."

# A <u>BIG</u> thank you to all of you!!



